UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
CMA CGM (AMERICA) L.L.C.,                :
                                         :
                     Plaintiff,   :   **ORDER ADOPTING REPORT**
                                         :   **AND RECOMMENDATION**
        -against-                       :   08-CV-1854 (DLI) (RER)
                                         :
PEEKAY INTERNATIONAL, INC.,              :
                                         :
                     Defendant.   :
---------------------------------------------------------------x

**DORA L. IRIZARRY, United States District Judge:**

      It appears that no objections have been filed to the Report and Recommendation of the Honorable Ramon E. Reyes, U.S.M.J., dated October 17, 2008; and,

      Upon due consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

      ORDERED that Peekay International, Inc., pay CMA CGM (America) L.L.C. $2,236.00 for liquidated damages and $319.00 for pre-judgement interest.

SO ORDERED.

DATED:    Brooklyn, New York
               November 12, 2008

                                                   _____/s/_____
                                                        DORA L. IRIZARRY
                                                  United States District Judge